# Exhibit 2



PRODUCTS        RECIPES        WE ARE GORTON'S        RESPONSIBILITY        WHERE TO BUY

# NOT ALL SEAFOOD IS CREATED EQUAL

## Trust us, no one knows that better than we do.

Great seafood is our passion, and it's something we've been extremely proud to offer families for more than 170 years.



# BORN AND RAISED IN GLOUCESTER, MA

Our tale begins in Gloucester – America's oldest seaport and the birthplace of the US fishing industry. Gorton's was founded here in 1849, and we've been proud to call it our home ever since.





PRODUCTS    RECIPES    WE ARE GORTON'S    RESPONSIBILITY    WHERE TO BUY

# TRUST THE GORTON'S FISHERMAN

He first appeared in 1975 and has been an American icon ever since. But The Gorton's Fisherman is much more than the inspiration for a beloved jingle. He embodies our belief in high quality seafood. As he likes to say, "If something's worth doing, it's worth doing right." These are words we live by, every day.

# WITH GREAT SEAFOOD COMES GREAT RESPONSIBILITY

Our Trusted Catch™ sustainability and quality initiatives ensure our processes meet the highest standards – from sourcing to supply chain and manufacturing – and minimizes their environmental impact. We work hard to fulfill the Gorton's Fisherman promise, and we always will.

6/20/22, 4:25 PM
Case 1:22-cv-10599-PBS    Document 14-3 – Filed 06/22/22    Page 5 of 6
We Are Gorton's – Gorton's Seafood



## OUR LIFE'S WORK

A lot's changed at Gorton's since 1849, but a few things will always remain the same. We're proud of our Gloucester history, the Gorton's Fisherman, and the dedicated group of people who work every day to help families across the country enjoy the goodness of high quality seafood.

