# Exhibit 3



PRODUCTS    RECIPES    WE ARE GORTON'S    RESPONSIBILITY    WHER

# FREQUENTLY ASKED QUESTIONS

## VOLUNTARY RECALL: GORTON'S FISH SANDWICH FILLETS. SEE BELOW FOR PRODUCT INFORMATION.

**GORTON'S 18.3OZ FISH SANDWICH FILLETS**

**UPC: 0 44400 15440 6**

**DATE CODE: 2060F2**

**CLICK HERE FOR FULL RECALL DETAILS**

### Where does Gorton's source its seafood?
Because different species require different water temperatures and growing conditions, Gorton's sources its seafood from various waters around the globe.



PRODUCTS    RECIPES    WE ARE GORTON'S    RESPONSIBILITY    WHER

We also procure farm-raised aquaculture seafood, including tilapia and shrimp, from various countries, including Ecuador, China, Indonesia, Vietnam, and India.

Regardless of where our seafood is caught and processed, Gorton's uses the same strict, rigorous quality control processes,to ensure that we provide you with the safest, most wholesome, and delicious seafood products on the market.

### What is the expiration date on my item?
Gorton's products do not have an expiration date.  We use a "Best If Used By" and print it on each package.  This date will be 15-18 months from the date of production.  We recommend that you consume the product by this date for the best flavor and quality.

### Can I consume the product after the Best if Used By Date?
Yes- however, we don't recommend it as we can't promise that products older than the "Best If Used By" date on the package will be of the same quality. The fish may be drier or the breadcrumbs or batter might be soggier than it would otherwise be.  However, it is still perfectly safe to eat if cooked according to the directions on the package.

### How long can I keep Gorton's in my freezer?
For optimal flavor and quality, use your Gorton's product before the "Best If Used By" date that is printed on the package. You can find the "Best If Used By" date on the back or side of the package.

### Where can I find the Air fryer directions?
Currently, we have Air Fryer directions available for nine products:

- Beer Battered Fish Fillets
- Crunchy Breaded Fish Sticks
- Crunchy Breaded Fish Fillets
- Crispy Battered Fish Fillets
- Potato Crunch Fish Fillets
- Fish Sandwiches
- Parmesan Crusted Fish Fillets

**PRODUCTS     RECIPES     WE ARE GORTON'S     RESPONSIBILITY     WHER**

To find these directions for the specific product you want to cook, click on "Products" at the top of the webpage and then on "Delicious Classics." Find and click on your product. Then, scroll down to where it lists "Cooking Directions" and click to open that pane. When you scroll down, directions for the Air Fryer will be listed for your product.

### Can I cook Gorton's products in the microwave?

Product packaging will include all appropriate and tested cooking directions.

Here is a list of the current Gorton's items that have microwave directions:

- All of the Gorton's Grilled Fish Fillet items
- Shrimp Scampi
- Value Pack Battered Fish Fillets (12 count)
- Breaded Fish Sticks (20 and 90 count)
- Value Pack Breaded Fish Sticks (44 count)

Our package directions are developed through extensive testing by culinary experts in our research kitchens. For best results, we always suggest following the directions provided on the package to prepare our products. The cooking directions are designed to assure food safety and to deliver the highest quality.

### Can I cook Gorton's Seafood products in the toaster oven?

Yes, you may use a toaster oven but appliances vary by brand and size; thus we cannot provide exact cooking time for every model. However, at Gorton's, we have tested various toaster oven models and recommend the same cook temperature as indicated on the package as a starting point. Please be sure to monitor the product closely and cook to the internal temperature required on the package for fully cooked fish. It may take longer or quicker than the time indicated on the package.

### Is it safe to eat Gorton's product after it has been thawed?

No. Our products should be prepared only from a frozen state. Do not refreeze or cook any product which has thawed. If the product has thawed, immediately discard the product.

PRODUCTS     RECIPES     WE ARE GORTON'S     RESPONSIBILITY     WHER

Also, when you sign up for our free e-mail **newsletter**, you'll occasionally be notified of any special offers available. You can also follow us on **Twitter**, **Instagram**, or "Like Us" on **Facebook** for the latest news on coupons and other giveaways.

Unfortunately, we do not have coupons available to send upon request. Please be advised that coupon fraud is on the rise. Protect yourself by never buying or selling coupons.

**How is Gorton's trying to help the environment and protect our oceans and fish?**

For more information about our sustainability practices, you can visit our sustainability page **linked here**.

**Can Gorton's provide a Product Formulation Sheet?**
Yes, we have this available for our Super Crunchy Fish Sticks, which can be found **here**, as well as our Family Pack Fish Sticks, which can be found **here**.

**Is there supposed to be an inner bag in the box?**

Our packaging is designed to meet the needs of each individual product and to meet our environmental goals; thus, some items contain an inner bag and others do not. Whether a product contains an inner bag or not, you can be assured that all products are crafted to maintain freshness during storage and are packed in food-grade packaging by low-touch/high-sanitary means.

