# Exhibit 4

# GORTON'S

PRODUCTS    RECIPES    WE ARE GORTON'S    **RESPONSIBILITY**    WHERE TO BUY



# FOR THE GOODNESS OF THE PLANET



Our mission remains to bring the goodness of the sea to everyone. That same commitment extends to the preservation of the planet as well. That is why our Trusted Catch™ program is more than a certification, it is a constantly evolving commitment to real change in the industry and on the water. Gorton's utilizes the latest scientific data and best practices to ensure our seafood is responsibly sourced, made, and packaged for generations to come.

**RESPONSIBLY SOURCED**    RESPONSIBLY MADE    RESPONSIBLY PACKAGED



PRODUCTS    RECIPES    WE ARE GORTON'S    RESPONSIBILITY    WHERE TO BUY

# RESPONSIBLY SOURCED

Looking out for the goodness of the sea means that as a leader in sustainable practices, the health of the ocean and fish stocks is top of mind in all we do. We also recognize that responsible sourcing extends beyond the sea. We're proud of the steps we've taken, like making it a priority to only work with suppliers who share our sustainability philosophy.



## ACHIEVEMENT 1: CERTIFICATION REQUIREMENTS

Over 99% of our seafood is from sources that are certified with the Marine Stewardship Council (MSC), Aquaculture Stewardship Council (ASC), Best Aquaculture Practices (BAP) or in a credible Fishery Improvement Project.



## ACHIEVEMENT 2: INDUSTRY STANDARDS

We have been engaged in elevating industry standards by pushing for responsible fishery management, accurate tracking/reporting of progress, and bycatch reduction.





PRODUCTS    RECIPES    WE ARE GORTON'S    RESPONSIBILITY    WHERE TO BUY

 The yellow ring represents the approximate progress for each goal

## NEXT: RESPONSIBLY MADE ›

# THE BEST FISH, AND NOTHING BUT

Gorton's is obsessed with quality, and we hold everyone who is part of making our products to the same rigorous standards.

   

## SUPPLIER INSPECTIONS

All of our suppliers go through an annual risk assessment and are subject to third-party inspections and audits to ensure they continue to meet Gorton's standards.

