# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY ALAN SPINDEL, and KEVIN McCARTHY, on behalf of themselves and all others similarly situated, | Case No. 1:22-cv-10599-PBS |
| Plaintiff, | |
| v. | |
| GORTON'S INC., | |
| Defendant. | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, nonparty proposed *amicus curiae* Global Seafood Alliance discloses that it has no parent corporation and that no publicly traded corporation owns 10% or more of its stock.

Dated: July 1, 2022

Respectfully submitted,

/s/ Mark B. Rosen
Mark B. Rosen (BBO # 669619)
PIERCE ATWOOD LLP
One New Hampshire Ave.
Suite 350
Portsmouth, NH 03801
Phone: (603) 433-6300
mrosen@pierceatwood.com

*Attorneys for Nonparty Amicus Curiae*
*Global Seafood Alliance*

## **Certificate of Service**

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first-class mail to those indicated as non-registered participants on July 1, 2022.

                                        /s/ Mark B. Rosen
                                        Mark B. Rosen (BBO No. 669619)