UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY ALAN SPINDEL and KEVIN McCARTHY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GORTON'S, INC.<br>Defendant. | Civil No. 1:22-cv-10599-PBS<br>District Judge Patti B. Saris |

## JOINT STIPULATION REQUESTING STAY PENDING SETTLEMENT

Plaintiffs Jeffrey Alan Spindel and Kevin McCarthy and Defendant Gorton's, Inc. (collectively, the "Parties") hereby stipulate and jointly request that the Court stay the deadline for the Parties to file their Amended Joint Statement and Proposed Pretrial Schedule.

On August 24, 2022 (ECF No. 43), the Court ordered that the Parties file an Amended Joint Statement and Proposed Pretrial Schedule by September 14, 2022, following the Court's decision on the Motion to Dismiss. Since that time, the Parties have engaged in settlement discussions and are in the process of executing a finalized settlement agreement. In order to facilitate finalization and conserve judicial resources, the Parties respectfully request that the Court stay the September 14, 2022 deadline. This request is not for purposes of delay, but to assist the Parties in early resolution of the case.

WHEREFORE, the Parties respectfully request that the Court stay the upcoming deadline for the Parties' Joint Statement and Proposed Pretrial Schedule pending execution of private settlement agreement.

Respectfully submitted on September 12, 2022

**RICHMAN LAW & POLICY**

*/s/ Kim E. Richman*
Kim E. Richman
Dije Ndreu
Renée Wicklund
Brooke Dekolf
1 Bridge Street, Suite 83
Irvington, NY 10533
(718) 705-4579
krichman@richmanlawpolicy.com

*Attorneys for Plaintiffs*


**McDERMOTT, WILL & EMERY LLP**

*/s/ Mara Theophila*
Mara Theophila
200 Clarendon Street
Boston, MA 02116-5021
(617) 535-4107
mtheophila@mwe.com

*/s/ William P. Donovan, Jr.*
William P. Donovan, Jr.
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
(310) 788-4121
wdonovan@mwe.com

*/s/ Caroline Incledon*
Caroline Incledon
One Vanderbilt Avenue
New York, NY 10017
(212) 547-5598
cincledon@mwe.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2022 I caused a copy of the foregoing document to be served on counsel of record for Defendant in the above-captioned action via ECF.

*/s/ Brooke Dekolf*

Brooke Dekolf