UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


| | |
|---|---|
| JEFFREY ALAN SPINDEL, AND KEVIN McCARTHY )<br>)<br>)<br>Plaintiffs, )<br>v. )<br>)<br>GORTON'S INC. )<br>Defendant. ) | CIVIL ACTION<br>NO. 22-10599-PBS |

## **SETTLEMENT ORDER OF DISMISSAL**

SARIS, D.J.

The Court having been advised, on September 12, 2022, that the above-entitled action has been settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to the right of any party, upon good cause shown to re-open the action within sixty (60) days if settlement is not consummated.

By the Court:

Robert Farrell, Clerk


/ s / Clarilde Karasek
Deputy Clerk

DATED: September 14, 2022