UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY ALAN SPINDEL and KEVIN McCARTHY, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>GORTON'S, INC.<br>       Defendant. | Civil No. 1:22-cv-10599-PBS<br>District Judge Patti B. Saris |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 68.2, Plaintiffs Jeffrey Alan Spindel and Kevin McCarthy ("Plaintiffs"), by and through their undersigned counsel, and Defendant Gorton's, Inc., by and through its undersigned counsel, hereby stipulate that Plaintiffs' claims in the above-captioned matter are voluntarily dismissed, with prejudice and without costs to any party as to Plaintiffs, and without prejudice and without costs as to the putative class.

WHEREFORE, the parties respectfully stipulate that the Court dismiss Plaintiffs' claims in the above-captioned matter pursuant to execution of private settlement agreement.

1

Respectfully submitted on September 21, 2022,

                **RICHMAN LAW & POLICY**

                */s/ Dije Ndreu*
                Dije Ndreu
                Renée Wicklund
                Brooke Dekolf
                1 Bridge Street, Suite 83
                Irvington, NY 10533
                (718) 705-4579
                dndreu@richmanlawpolicy.com
                rwicklund@richmanlawpolicy.com
                bdekolf@richmanlawpolicy.com

                **PONTIKES LAW LLC**

                */s/ Rebecca G. Pontikes*
                Rebecca G. Pontikes
                10 Tremont Street, 3rd Floor
                Boston, MA 02108
                (617) 357-1888
                rpontikes@pontikeslawllc.com

                *Attorneys for Plaintiffs*


                **McDERMOTT, WILL & EMERY LLP**

                */s/ Mara Theophila*
                Mara Theophila
                200 Clarendon Street
                Boston, MA 02116-5021
                (617) 535-4107
                mtheophila@mwe.com

                */s/ William P. Donovan, Jr.*
                William P. Donovan, Jr.
                2049 Century Park East, Suite 3200
                Los Angeles, CA 90067-3206
                (310) 788-4121
                wdonovan@mwe.com


                */s/ Caroline Incledon*
                Caroline Incledon

One Vanderbilt Avenue
New York, NY 10017
(212) 547-5598
cincledon@mwe.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically on September 21, 2022. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Dije Ndreu*
Dije Ndreu

*Attorney for Plaintiffs*